FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2018 AUG 30  A 11: 45

WILLIAM W. BLEVINS
CLERK



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## INDICTMENT FOR MORTGAGE FRAUD AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.:** 18-186 |
| v. | * | **SECTION:** SECT. G MAG. 3 |
| **THEODORE KURZ** | * | **VIOLATIONS:** 18 U.S.C. § 1014 |
| | * | 18 U.S.C. § 2 |

\* \* \*

The Grand Jury charges that:

### COUNT 1

On or about February 19, 2016, in the Eastern District of Louisiana and elsewhere, the defendant, **THEODORE KURZ**, did knowingly make a false material statement and report for the purpose of influencing the action of Visio Financial Services, Inc. (Visio), a mortgage lending business, in connection with an application, advance, commitment, and loan for property located at 9000-06 Bunker Hill Rd., New Orleans, Louisiana, in that the defendant did furnish to Visio a false title affidavit stating that there were no other mortgages and liens against the property, when in truth and in fact, as the defendant well knew, there was a mortgage with the State of Louisiana, Division of Administration, Office of Community Development and he had filed a forged record

X Fee  USA
___ Process____
X Dktd____
___ CtRmDep____
___ Doc. No.____

with the Orleans Parish Clerk of Court falsely authorizing cancellation of this prior mortgage; in violation of Title 18, United States Code, Sections 1014 and 2.

## COUNT 2

On or about February 19, 2016, in the Eastern District of Louisiana and elsewhere, the defendant, **THEODORE KURZ**, did knowingly make a false material statement and report for the purpose of influencing the action of Visio Financial Services, Inc. (Visio), a mortgage lending business, in connection with an application, advance, commitment, and loan for property located at 9010-12 Bunker Hill Rd., New Orleans, Louisiana, in that the defendant did furnish to Visio a false title affidavit stating that there were no other mortgages and liens against the property, when in truth and in fact, as the defendant well knew, there was a mortgage with the State of Louisiana, Division of Administration, Office of Community Development and he had filed a forged record with the Orleans Parish Clerk of Court falsely authorizing cancellation of this prior mortgage; in violation of Title 18, United States Code, Sections 1014 and 2.

## COUNT 3

On or about February 19, 2016, in the Eastern District of Louisiana and elsewhere, the defendant, **THEODORE KURZ**, did knowingly make a false material statement and report for the purpose of influencing the action of Visio Financial Services, Inc. (Visio), a mortgage lending business, in connection with an application, advance, commitment, and loan for property located at 9170-72 Bunker Hill Rd., New Orleans, Louisiana, in that the defendant did furnish to Visio a false title affidavit stating that there were no other mortgages and liens against the property, when in truth and in fact, as the defendant well knew, there was a mortgage with the State of Louisiana, Division of Administration, Office of Community Development and he had filed a forged record

with the Orleans Parish Clerk of Court falsely authorizing cancellation of this prior mortgage; in violation of Title 18, United States Code, Sections 1014 and 2.

## NOTICE OF FRAUD FORFEITURE

1. The allegations of Counts 1 through 3 of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 1014 and 982(a)(2).

2. As a result of the offenses alleged in Counts 1 through 3, the defendant, **THEODORE KURZ**, shall forfeit to the United States any property, real or personal, constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of mortgage fraud, in violation of Title 18, United States Code, Section 1014.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1) and Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 982.

A TRUE BILL:



FOREPERSON

DUANE A. EVANS
UNITED STATES ATTORNEY

G. DALL KAMMER
Assistant United States Attorney
Louisiana Bar No. 26948

New Orleans, Louisiana
August 30, 2018

4

FORM OBD-34

No.\_\_\_\_\_

# UNITED STATES DISTRICT COURT

Eastern \_\_\_\_\_ District of \_\_\_\_\_ Louisiana

Criminal \_\_\_\_\_ Division

## THE UNITED STATES OF AMERICA

vs.

**THEODORE KURZ**

# INDICTMENT

### INDICTMENT FOR MORTGAGE FRAUD AND NOTICE OF FORFEITURE

VIOLATIONS: 18 U.S.C. §§ 1014, 2

A true [bill]

*Foreperson*

Filed in open court this \_\_\_\_\_ day of \_\_\_\_\_ A.D. 2018.

_____
*Clerk*

Bail, $ _____

G. Dall Kammer, Assistant United States Attorney